ANDREA T. MARTINEZ, United States Attorney (#9313)
JAMIE Z. THOMAS, Assistant United States Attorney (#9420)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED US District Court-UT
FEB 09 '22 PM 04:27

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. VAINIAKU MAGIC NAA, Defendant. | INDICTMENT<br><br>Count I: 18 U.S.C. § 922(a)(1)(A) (Dealing in Firearms without a License)<br><br>Counts II-VI: 18 U.S.C. § 922(a)(6) (False Statement During the Acquisition of a Firearm)<br><br>Case: 2:22-cr-00043<br>Assigned To : Waddoups, Clark<br>Assign. Date : 02/09/2022 |
|---|---|

The Grand Jury Charges:

## COUNT I
18 U.S.C. § 922(a)(1)(A)
(Dealing in Firearms without a License)

From on or about March 1, 2020 and continuing until at least January 13, 2022, in the District of Utah and elsewhere,

**VAINIAKU MAGIC NAA,**

defendant herein, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms;

All in violation of 18 U.S.C. Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT II
18 U.S.C. § 922(a)(6)
(False Statement During the Acquisition of a Firearm)

On or about August 31, 2020, in the District of Utah,

**VAINIAKU MAGIC NAA,**

defendant herein, in connection with the acquisition of a firearm from a licensed dealer, namely, the acquisition of a WEI, Model Windicator Revolver bearing serial number 1762544, from Cal Ranch, in Salt Lake City, Utah, knowingly made a false and fictitious written statement, intended to and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale of such firearm under Title 18, United States Code, Chapter 44, in that defendant NAA executed and submitted to Cal Ranch, a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 Firearms Transaction Record, stating that defendant NAA was the actual buyer of the firearm, when, in truth, and in fact, as defendant NAA then well knew, he was not the actual buyer of the firearm, in that he was acquiring the firearm on behalf of another person;

All in violation of 18 U.S.C. Sections 922(a)(6) and 924(a)(2).

## COUNT III
18 U.S.C. § 922(a)(6)
(False Statement During the Acquisition of a Firearm)

On or about December 19, 2020, in the District of Utah,

**VAINIAKU MAGIC NAA,**

defendant herein, in connection with the acquisition of a firearm from a licensed dealer, namely, the acquisition of a MPA, Model MPA30 bearing serial number FX14802, from Davidson Defense, in Salt Lake City, Utah, knowingly made a false and fictitious written

statement, intended to and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale of such firearm under Title 18, United States Code, Chapter 44, in that defendant NAA executed and submitted to Davidson Defense, a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 Firearms Transaction Record, stating that defendant NAA was the actual buyer of the firearm, when, in truth, and in fact, as defendant NAA then well knew, he was not the actual buyer of the firearm, in that he was acquiring the firearm on behalf of another person;

All in violation of 18 U.S.C. Sections 922(a)(6) and 924(a)(2).

## COUNT IV
18 U.S.C. § 922(a)(6)
(False Statement During the Acquisition of a Firearm)

On or about March 15, 2021, in the District of Utah,

**VAINIAKU MAGIC NAA,**

defendant herein, in connection with the acquisition of a firearm from a licensed dealer, namely, the acquisition of a Smith & Wesson, Model M&P 40C bearing serial number HTU5520, from Davidson Defense, in Salt Lake City, Utah, knowingly made a false and fictitious written statement, intended to and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale of such firearm under Title 18, United States Code, Chapter 44, in that defendant NAA executed and submitted to Davidson Defense, a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 Firearms Transaction Record, stating that defendant NAA was the actual buyer of the firearm, when, in truth, and in fact, as defendant NAA then well knew, he was not the actual buyer of the firearm, in that he was acquiring the firearm on behalf of another person;

3

All in violation of 18 U.S.C. Sections 922(a)(6) and 924(a)(2).

## COUNT V
18 U.S.C. § 922(a)(6)
(False Statement During the Acquisition of a Firearm)

On or about June 5, 2021, in the District of Utah,

**VAINIAKU MAGIC NAA,**

defendant herein, in connection with the acquisition of a firearm from a licensed dealer, namely, the acquisition of a Springfield, Model XD40 bearing serial number XD449755, from American Fork Pawn, in American Fork, Utah, knowingly made a false and fictitious written statement, intended to and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale of such firearm under Title 18, United States Code, Chapter 44, in that defendant NAA executed and submitted to American Fork Pawn, a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 Firearms Transaction Record, stating that defendant NAA was the actual buyer of the firearm, when, in truth, and in fact, as defendant NAA then well knew, he was not the actual buyer of the firearm, in that he was acquiring the firearm on behalf of another person;
All in violation of 18 U.S.C. Sections 922(a)(6) and 924(a)(2).

## COUNT VI
18 U.S.C. § 922(a)(6)
(False Statement During the Acquisition of a Firearm)

On or about September 25, 2021, in the District of Utah,

**VAINIAKU MAGIC NAA,**

4

defendant herein, in connection with the acquisition of a firearm from a licensed dealer, namely, the acquisition of a Glock, Model 43X bearing serial number BUHZ183 and a Glock, Model 19 bearing serial number BUBC443, from Cal Ranch, in Salt Lake City, Utah, knowingly made a false and fictitious written statement, intended to and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale of such firearm under Title 18, United States Code, Chapter 44, in that defendant NAA executed and submitted to Cal Ranch, a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 Firearms Transaction Record, stating that defendant NAA was the actual buyer of the firearm, when, in truth, and in fact, as defendant NAA then well knew, he was not the actual buyer of the firearm, in that he was acquiring the firearm on behalf of another person;

All in violation of 18 U.S.C. Sections 922(a)(6) and 924(a)(2).

A TRUE BILL:

/s/
_____
FOREPERSON OF GRAND JURY

ANDREA T. MARTINEZ
United States Attorney

*Jamie Thomas*
JAMIE Z. THOMAS
Assistant United States Attorney

5