ANDREA T. MARTINEZ, United States Attorney (#9313)
JAMIE Z. THOMAS, Assistant United States Attorney (#9420)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | Case No. 2:22cr00043 |
|---|---|
| Plaintiff, | SECOND CERTIFICATE OF COMPLIANCE AND REQUEST FOR RECIPROCAL DISCOVERY |
| vs. | |
| VAINIAKU MAGIC NAA, | |
| Defendant. | Judge Clark Waddoups |

The United States of America, by and through the undersigned, hereby files its second certificate of compliance with its discovery obligations in this case and request for reciprocal discovery from the defendant.

The United States gives notice that the following is being or has been provided to counsel for the defendant:

| Description | Bates Numbers |
|---|---|
| Financial Records uploaded to USAfx (NOC 2) | *See attached discovery index* |

Pursuant to Rule 12(b)(4)(A) of the Federal Rules of Criminal Procedure, the United States notified the defense that at trial, the United States may seek to use all physical evidence, statements made by the defendant and others, police reports, phone records, electronic evidence (including body camera footage), documents, and photographs obtained during the investigation.

The United States reserves the right to introduce in its case-in-chief all tangible objects, physical, documentary, and electronic evidence, and all other evidence provided, made available, or identified in discovery.

As additional discoverable material becomes available, such material will be provided within a reasonable time. Throughout this case, the United States will provide material discoverable under Rules 16 and 26.2 of the Federal Rules of Criminal Procedure and the Jencks Act without requiring the defendant to make a specific request for such material. Upon the request of the defendant, the United States will permit and facilitate the defendant's own inspection, copying or photographing of those items described/defined in Rule 16(a)(1)(E).

The United States also hereby requests disclosure of evidence by the defendant (also known as reciprocal discovery) pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure and DUCrimR 16-1(c). By providing Rule 16 discovery without requiring a specific request from the defense, the United States invokes a reciprocal obligation on the defendant under DUCrimR 16-1(c), which states that the defendant must allow the government to inspect and to copy the following, as further defined in Rule 16 of the Federal Rules of Criminal Procedure:

    a. Documents and tangible objects the defendant intends to introduce as evidence at trial;

    b. Reports of examinations and tests the defendant intends to introduce at trial or that were prepared by a witness whom the defendant intends to call at trial; and

    c. A written summary of the testimony of any expert the defendant intends to use a trial under Federal Rules of Evidence 702, 703 and 705.

The United States requests that the defendant provide to the government at a reasonable time before trial, but no later than five working days before trial, copies of the material referenced in this paragraph. Further, the United States requests continuing compliance with the reciprocal discovery following the initial disclosure.

The United States also hereby requests all written and recorded statements by any witness other than the defendant whom the defendant intends to call at trial or a hearing covered by the Jencks Act or Rule 26.2 of the Federal Rules of Criminal Procedure.

DATED this 24th day of March, 2022.

                                         ANDREA T. MARTINEZ
                                         United States Attorney

                                         */s/Jamie Z. Thomas*
                                         JAMIE Z. THOMAS
                                         Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that on the 24th day of March, 2022, the SECOND CERTIFICATE OF COMPLIANCE AND REQUEST FOR RECIPROCAL DISCOVERY was filed electronically to the District Court, and caused to be made available for download from USAfx, to the following:

**Alexander E. Ramos**
Langford | Ramos PLLC
43 E 400 S
Salt Lake City, UT 84111
(801) 998-2002
Email: alex@langfordramos.com

**Michael J. Langford**
Langford | Ramos PLLC
43 E 400 S
Salt Lake City, UT 84111
(801) 328-4090
Email: mjl@langfordramos.com

/s/ *Melissa McKinnon*
Supervisory Paralegal

US v. Vainiaku Magic Naa

| CATEGORY | FOLDER NAME | DESCRIPTION | BATES BEGIN | BATES END | RELATED CERT | SOURCE | NOC |
|---|---|---|---|---|---|---|---|
| Financial Instruments | Bank of Utah | Certificate of Authenticity | FI-BOU-01-00001 | FI-BOU-01-00001 | FI-BOU-01-00001 | Subpoena | 2 |
| | Bank of Utah | Concrete Piece Work, LLC and Siosifa P Lavulavu (xx3437 Portfolio Information for Accounts xx9052 and xx | FI-BOU-CPWSL-01-00001 | FI-BOU-CPWSL-01-00001 | FI-BOU-01-00001 | Subpoena | 2 |
| | Bank of Utah | Concrete Piece Work, LLC and Siosifa P Lavulavu (xx3437 Currency Transaction Reports) | FI-BOU-CPWSL-01-00002 | FI-BOU-CPWSL-01-00005.05 | FI-BOU-01-00001 | Subpoena | 2 |
| | Bank of Utah | Lavulavu, Siosifa P (xx6568 Signature Card) | FI-BOU-SC-SL-01-00001 | FI-BOU-SC-SL-01-00001 | FI-BOU-01-00001 | Subpoena | 2 |
| | Bank of Utah | Lavulavu, Siosifa P (xx6568 Debit Card Application) | FI-BOU-SL-01-00001 | FI-BOU-SL-01-00001 | FI-BOU-01-00001 | Subpoena | 2 |
| | Bank of Utah | Lavulavu, Siosifa P (xx6568 UT Driver's Licence of Siosifa P Lavulavu and Verification Report) | FI-BOU-SL-01-00002 | FI-BOU-SL-01-00003 | FI-BOU-01-00001 | Subpoena | 2 |
| | Bank of Utah | Lavulavu, Siosifa P (xx6568 Statements 8/2021-2/2022) | FI-BOU-SL-01-00004 | FI-BOU-SL-01-00004.07 | FI-BOU-01-00001 | Subpoena | 2 |
| | Bank of Utah | Lavulavu, Siosifa P (xx6568 Current Account Status 3/2022) | FI-BOU-SL-01-00005 | FI-BOU-SL-01-00005.02 | FI-BOU-01-00001 | Subpoena | 2 |
| | Bank of Utah | Lavulavu, Siosifa P (xx6568 Deposits) | FI-BOU-SL-01-00006 | FI-BOU-SL-01-00006 | FI-BOU-01-00001 | Subpoena | 2 |
| | Bank of Utah | Concrete Piece Work, LLC (xx9052 Signature Card) | FI-BOU-SC-CPW-01-00001 | FI-BOU-SC-CPW-01-00001 | FI-BOU-01-00001 | Subpoena | 2 |
| | Bank of Utah | Concrete Piece Work, LLC (xx9052 Acount Initiation Documents, Articles of Organization, Certificate of Ber | FI-BOU-CPW-01-00001 | FI-BOU-CPW-01-00003.04 | FI-BOU-01-00001 | Subpoena | 2 |
| | Bank of Utah | Concrete Piece Work, LLC (xx9052 Acount Initiation Documents, EIN) | FI-BOU-CPW-01-00004 | FI-BOU-CPW-01-00004 | FI-BOU-01-00001 | Subpoena | 2 |
| | Bank of Utah | Concrete Piece Work, LLC (xx9052 Acount Initiation Documents, Entity Search Results) | FI-BOU-CPW-01-00005 | FI-BOU-CPW-01-00006.03 | FI-BOU-01-00001 | Subpoena | 2 |
| | Bank of Utah | Concrete Piece Work, LLC (xx9052 Acount Initiation Documents, UT Driver's Licence of Siosifa P Lavulavu a | FI-BOU-CPW-01-00007 | FI-BOU-CPW-01-00008 | FI-BOU-01-00001 | Subpoena | 2 |
| | Bank of Utah | Concrete Piece Work, LLC (xx9052 Debit Card Application) | FI-BOU-CPW-01-00009 | FI-BOU-CPW-01-00009 | FI-BOU-01-00001 | Subpoena | 2 |
| | Bank of Utah | Concrete Piece Work, LLC (xx9052 Statements) | FI-BOU-CPW-01-00010 | FI-BOU-CPW-01-00011.04 | FI-BOU-01-00001 | Subpoena | 2 |
| | Bank of Utah | Concrete Piece Work, LLC (xx9052 Current Account Status 3/2022) | FI-BOU-CPW-01-00012 | FI-BOU-CPW-01-00012 | FI-BOU-01-00001 | Subpoena | 2 |
| | Bank of Utah | Concrete Piece Work, LLC (xx9052 Deposits) | FI-BOU-CPW-01-00013 | FI-BOU-CPW-01-00014.05 | FI-BOU-01-00001 | Subpoena | 2 |
| | Bank of Utah | Concrete Piece Work, LLC (xx9052 Debits) | FI-BOU-CPW-01-00015 | FI-BOU-CPW-01-00017 | FI-BOU-01-00001 | Subpoena | 2 |
| | Bank of Utah | Concrete Piece Work, LLC (xx9052 ACH) | FI-BOU-CPW-01-00018 | FI-BOU-CPW-01-00018.04 | FI-BOU-01-00001 | Subpoena | 2 |
| | Bank of Utah | Concrete Piece Work, LLC (xx9052 Wires) | FI-BOU-CPW-01-00019 | FI-BOU-CPW-01-00019.04 | FI-BOU-01-00001 | Subpoena | 2 |
| | Wells Fargo Bank | Certificate of Authenticity | FI-WFB-01-00001 | FI-WFB-01-00001.02 | FI-WFB-01-00001 | Subpoena | 2 |
| | Wells Fargo Bank | Transaction Data (all below accounts) | FI-WFB-01-00002 | FI-WFB-01-00002 | FI-WFB-01-00001 | Subpoena | 2 |
| | Wells Fargo Bank | Lavulavu, Maheikau (xx0657 Signature Card) | FI-WFB-SC-ML-01-00001 | FI-WFB-SC-ML-01-00001.02 | FI-WFB-01-00001 | Subpoena | 2 |
| | Wells Fargo Bank | Lavulavu, Maheikau (xx0657 Statements) | FI-WFB-ML-01-00001 | FI-WFB-ML-01-00001.204 | FI-WFB-01-00001 | Subpoena | 2 |
| | Wells Fargo Bank | Lavulavu, Maheikau (xx0657 Deposits) | FI-WFB-ML-01-00002 | FI-WFB-ML-01-00002.403 | FI-WFB-01-00001 | Subpoena | 2 |
| | Wells Fargo Bank | Lavulavu, Maheikau (xx0657 Debits) | FI-WFB-ML-01-00003 | FI-WFB-ML-01-00003.09 | FI-WFB-01-00001 | Subpoena | 2 |
| | Wells Fargo Bank | Lavulavu, Maheikau (xx0657 Currency Transaction Report) | FI-WFB-ML-01-00004 | FI-WFB-ML-01-00004.02 | FI-WFB-01-00001 | Subpoena | 2 |
| | Wells Fargo Bank | Nanuma's Tender Love & Homecare, LLC (xx2895 Signature Card) | FI-WFB-SC-NTLH-01-00001 | FI-WFB-SC-NTLH-01-00001.05 | FI-WFB-01-00001 | Subpoena | 2 |
| | Wells Fargo Bank | Nanuma's Tender Love & Homecare, LLC (xx2895 Statements) | FI-WFB-NTLH-01-00001 | FI-WFB-NTLH-01-00001.152 | FI-WFB-01-00001 | Subpoena | 2 |
| | Wells Fargo Bank | Nanuma's Tender Love & Homecare, LLC (xx2895 Deposits) | FI-WFB-NTLH-01-00002 | FI-WFB-NTLH-01-00002.252 | FI-WFB-01-00001 | Subpoena | 2 |
| | Wells Fargo Bank | Nanuma's Tender Love & Homecare, LLC (xx2895 Debits) | FI-WFB-NTLH-01-00003 | FI-WFB-NTLH-01-00003.168 | FI-WFB-01-00001 | Subpoena | 2 |
| | Wells Fargo Bank | Nanuma's Tender Love & Homecare, LLC (xx2895 Wires) | FI-WFB-NTLH-01-00004 | FI-WFB-NTLH-01-00004.04 | FI-WFB-01-00001 | Subpoena | 2 |
| | Wells Fargo Bank | Nanuma's Tender Love & Homecare, LLC (xx2895 Currency Transaction Report) | FI-WFB-NTLH-01-00005 | FI-WFB-NTLH-01-00005.02 | FI-WFB-01-00001 | Subpoena | 2 |
| | Wells Fargo Bank | Lavulavu, Maheikau (xx4130 Signature Card) | FI-WFB-SC-ML-02-00001 | FI-WFB-SC-ML-02-00001 | FI-WFB-01-00001 | Subpoena | 2 |
| | Wells Fargo Bank | Lavulavu, Maheikau (xx4130 Statements) | FI-WFB-ML-02-00001 | FI-WFB-ML-02-00001.111 | FI-WFB-01-00001 | Subpoena | 2 |
| | Wells Fargo Bank | Lavulavu, Maheikau (xx4130 Currency Transaction Report) | FI-WFB-ML-02-00002 | FI-WFB-ML-02-00002.02 | FI-WFB-01-00001 | Subpoena | 2 |
| | Wells Fargo Bank | Lavulavu, Maheikau (xx8086 Signature Card) | FI-WFB-SC-ML-03-00001 | FI-WFB-SC-ML-03-00001.02 | FI-WFB-01-00001 | Subpoena | 2 |
| | Wells Fargo Bank | Lavulavu, Maheikau (xx8086 Statements) | FI-WFB-ML-03-00001 | FI-WFB-ML-03-00001.119 | FI-WFB-01-00001 | Subpoena | 2 |
| | Wells Fargo Bank | Lavulavu, Maheikau (xx8086 Deposits) | FI-WFB-ML-03-00002 | FI-WFB-ML-03-00002.54 | FI-WFB-01-00001 | Subpoena | 2 |
| | Wells Fargo Bank | Lavulavu, Maheikau (xx8086 Currency Transaction Report) | FI-WFB-ML-03-00003 | FI-WFB-ML-03-00003.02 | FI-WFB-01-00001 | Subpoena | 2 |