TRINA A. HIGGINS, United States Attorney (#7349)
JAMIE Z. THOMAS, Assistant United States Attorney (#9420)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | Case No. 2:22cr00043 |
|---|---|
| Plaintiff, | THIRD CERTIFICATE OF COMPLIANCE AND REQUEST FOR RECIPROCAL DISCOVERY |
| vs. | |
| VAINIAKU MAGIC NAA, | |
| Defendant. | Judge Clark Waddoups |

The United States of America, by and through the undersigned, hereby files its third certificate of compliance with its discovery obligations in this case and request for reciprocal discovery from the defendant.

The United States gives notice that the following is being or has been provided to counsel for the defendant:

| Description | Bates Numbers |
|---|---|
| Financial Records Background Information, and Reports uploaded to USAfx (NOC 3) | *See attached discovery index* |

Pursuant to Rule 12(b)(4)(A) of the Federal Rules of Criminal Procedure, the United States notified the defense that at trial, the United States may seek to use all physical evidence, statements made by the defendant and others, police reports, phone records, electronic evidence (including body camera footage), documents, and photographs obtained during the investigation.

The United States reserves the right to introduce in its case-in-chief all tangible objects, physical, documentary, and electronic evidence, and all other evidence provided, made available, or identified in discovery.

As additional discoverable material becomes available, such material will be provided within a reasonable time. Throughout this case, the United States will provide material discoverable under Rules 16 and 26.2 of the Federal Rules of Criminal Procedure and the Jencks Act without requiring the defendant to make a specific request for such material. Upon the request of the defendant, the United States will permit and facilitate the defendant's own inspection, copying or photographing of those items described/defined in Rule 16(a)(1)(E).

The United States also hereby requests disclosure of evidence by the defendant (also known as reciprocal discovery) pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure and DUCrimR 16-1(c). By providing Rule 16 discovery without requiring a specific request from the defense, the United States invokes a reciprocal obligation on the defendant under DUCrimR 16-1(c), which states that the defendant must allow the government to inspect and to copy the following, as further defined in Rule 16 of the Federal Rules of Criminal Procedure:

    a.    Documents and tangible objects the defendant intends to introduce as evidence at trial;

    b.    Reports of examinations and tests the defendant intends to introduce at trial or that were prepared by a witness whom the defendant intends to call at trial; and

    c.    A written summary of the testimony of any expert the defendant intends to use a trial under Federal Rules of Evidence 702, 703 and 705.

The United States requests that the defendant provide to the government at a reasonable time before trial, but no later than five working days before trial, copies of the material referenced in this paragraph. Further, the United States requests continuing compliance with the reciprocal discovery following the initial disclosure.

The United States also hereby requests all written and recorded statements by any witness other than the defendant whom the defendant intends to call at trial or a hearing covered by the Jencks Act or Rule 26.2 of the Federal Rules of Criminal Procedure.

DATED this 30th day of June, 2022.

                                      TRINA A. HIGGINS
                                      United States Attorney

                                      */s/Jamie Z. Thomas*
                                      JAMIE Z. THOMAS
                                      Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I certify that on the 30th day of June, 2022, the THIRD CERTIFICATE OF COMPLIANCE AND REQUEST FOR RECIPROCAL DISCOVERY was filed electronically to the District Court, and caused to be made available for download from USAfx, to the following:

**Alexander E. Ramos**
Langford | Ramos PLLC
43 E 400 S
Salt Lake City, UT 84111
(801) 998-2002
Email: alex@langfordramos.com

**Michael J. Langford**
Langford | Ramos PLLC
43 E 400 S
Salt Lake City, UT 84111
(801) 328-4090
Email: mjl@langfordramos.com

/s/ *Melissa McKinnon*
Melissa McKinnon, Supervisory Paralegal

US v. Vainiaku Magic Naa

| CATEGORY | FOLDER NAME | DESCRIPTION | BATES BEGIN | BATES END | RELATED CERT | SOURCE | NOC |
|---|---|---|---|---|---|---|---|
| Financial Instruments | Experian | Certificate of Authenticity | FI-EXP-03-00001 | FI-EXP-03-00001 | FI-EXP-03-00001 | Subpoena | 3 |
| | Experian | Mausia, Devin K (Credit Report) | FI-EXP-DM-01-00001 | FI-EXP-DM-01-00001.02 | FI-EXP-DM-01-00001 | Subpoena | 3 |
| | Experian | Mausia, Okustino John (Credit Report) | FI-EXP-OM-01-00001 | FI-EXP-OM-01-00001.02 | FI-EXP-OM-01-00001 | Subpoena | 3 |
| | Discover | Certificate of Authenticity | FI-DIS-01-00001 | FI-DIS-01-00001 | FI-DIS-01-00001 | Subpoena | 3 |
| | Discover | Mausia, Alfred K (xx5630 CC Application) | FI-DIS-AM-01-00001 | FI-DIS-AM-01-00001 | FI-DIS-01-00001 | Subpoena | 3 |
| | Discover | Mausia, Alfred K (xx5630 Account Number &Name) | FI-DIS-AM-01-00002 | FI-DIS-AM-01-00002 | FI-DIS-01-00001 | Subpoena | 3 |
| | Discover | Mausia, Alfred K (xx5630 Statements) | FI-DIS-AM-01-00003 | FI-DIS-AM-01-00003.142 | FI-DIS-01-00001 | Subpoena | 3 |
| | Discover | Mausia, Alfred K (xx5630 Authorizations) | FI-DIS-AM-01-00004 | FI-DIS-AM-01-00004.07 | FI-DIS-01-00001 | Subpoena | 3 |
| | Discover | Mausia, Alfred K (xx5630 Payments) | FI-DIS-AM-01-00005 | FI-DIS-AM-01-00005 | FI-DIS-01-00001 | Subpoena | 3 |
| | Discover | Mausia, Alfred K (xx5630 Correspondence dated 1/30/2020 regarding cardmember agreement changes) | FI-DIS-AM-01-00006 | FI-DIS-AM-01-00006.04 | FI-DIS-01-00001 | Subpoena | 3 |
| | Discover | Mausia, Alfred K (xx5630 Correspondence dated 10/27/2020 regarding privacy statement) | FI-DIS-AM-01-00007 | FI-DIS-AM-01-00007.06 | FI-DIS-01-00001 | Subpoena | 3 |
| | Discover | Mausia, Alfred K (xx5630 Correspondence dated 5/17/2021 regarding credit line increase) | FI-DIS-AM-01-00008 | FI-DIS-AM-01-00008.02 | FI-DIS-01-00001 | Subpoena | 3 |
| | Discover | Mausia, Alfred K (xx5630 Correspondence dated 11/2/2021 regarding privacy statement) | FI-DIS-AM-01-00009 | FI-DIS-AM-01-00009.06 | FI-DIS-01-00001 | Subpoena | 3 |
| | Discover | Mausia, Alfred K (xx5630 Correspondence dated 11/29/2021 regarding a new card) | FI-DIS-AM-01-00010 | FI-DIS-AM-01-00010.02 | FI-DIS-01-00001 | Subpoena | 3 |
| | Discover | Mausia, Alfred K (xx5630 Correspondence dated 12/6/2021 regarding investigation of disputed charge for $121.84) | FI-DIS-AM-01-00011 | FI-DIS-AM-01-00011.02 | FI-DIS-01-00001 | Subpoena | 3 |
| | Discover | Mausia, Alfred K (xx5630 Correspondence dated 1/3/2022 regarding disputed charge for $121.84 found to) | FI-DIS-AM-01-00012 | FI-DIS-AM-01-00012.04 | FI-DIS-01-00001 | Subpoena | 3 |
| | Discover | Mausia, Alfred K (xx5630 Correspondence dated 1/3/2022 regarding continued investigation of disputed tr) | FI-DIS-AM-01-00013 | FI-DIS-AM-01-00013.02 | FI-DIS-01-00001 | Subpoena | 3 |
| | Discover | Mausia, Alfred K (xx5630 Correspondence dated 2/10/2022 regarding disputed charge for $121.84 resolved) | FI-DIS-AM-01-00014 | FI-DIS-AM-01-00014.07 | FI-DIS-01-00001 | Subpoena | 3 |
| | Discover | Mausia, Alfred K (xx5630 Correspondence dated 4/4/2022 regarding cardmember agreement changes) | FI-DIS-AM-01-00015 | FI-DIS-AM-01-00015.10 | FI-DIS-01-00001 | Subpoena | 3 |
| | Mountain America Credit Union | Certificate of Authenticity | FI-MACU-01-00001 | FI-MACU-01-00001 | FI-MACU-01-00001 | Subpoena | 3 |
| | Mountain America Credit Union | Mausia, Devin Kawai and Mausia, Rachel F. (xx9998 Signature Card) | FI-MACU-SC-DM-01-00001 | FI-MACU-SC-DM-01-00001.14 | FI-MACU-01-00001 | Subpoena | 3 |
| | Mountain America Credit Union | Mausia, Devin Kawai and Mausia, Rachel F. (xx9998 Statements) | FI-MACU-DM-01-00001 | FI-MACU-DM-01-00002.344 | FI-MACU-01-00001 | Subpoena | 3 |
| | Mountain America Credit Union | Mausia, Devin Kawai and Mausia, Rachel F. (xx9998 Deposits and Withdrawals) | FI-MACU-DM-01-00003 | FI-MACU-DM-01-00003.11 | FI-MACU-01-00001 | Subpoena | 3 |
| | Mountain America Credit Union | Mausia, Devin Kawai and Mausia, Rachel F. (xx9998 CC Statements) | FI-MACU-DM-01-00004 | FI-MACU-DM-01-00004.112 | FI-MACU-01-00001 | Subpoena | 3 |
| | Mountain America Credit Union | Mausia, Devin Kawai (xx9998 Loan Application) | FI-MACU-DM-01-00005 | FI-MACU-DM-01-00005.28 | FI-MACU-01-00001 | Subpoena | 3 |
| | Mountain America Credit Union | Mausia, Devin Kawai and Mausia, Rachel F. (xx9998 Correspondence) | FI-MACU-DM-01-00006 | FI-MACU-DM-01-00022.08 | FI-MACU-01-00001 | Subpoena | 3 |
| | Patelco Credit Union | Certificate of Authenticity | FI-PCU-01-00001 | FI-PCU-01-00001 | FI-PCU-01-00001 | Subpoena | 3 |
| | Patelco Credit Union | Mausia, Okustino (xx8620 Member Application) | FI-PCU-OM-01-00001 | FI-PCU-OM-01-00001.03 | FI-PCU-01-00001 | Subpoena | 3 |
| | Patelco Credit Union | Mausia, Okustino (xx8620 Statements) | FI-PCU-OM-01-00002 | FI-PCU-OM-01-00002.36 | FI-PCU-01-00001 | Subpoena | 3 |
| | Patelco Credit Union | Mausia, Okustino (xx8620 Deposits) | FI-PCU-OM-01-00003 | FI-PCU-OM-01-00003.02 | FI-PCU-01-00001 | Subpoena | 3 |
| | Paypal | Certificate of Authenticity | FI-PAY-01-00001 | FI-PAY-01-00001 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Carswell, Leah G (xx6386 Account Information) | FI-PAY-LC-01-00001 | FI-PAY-LC-01-00001.03 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Carswell, Leah G (xx6386 Activity Log) | FI-PAY-LC-01-00002 | FI-PAY-LC-01-00002 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Carswell, Leah G (xx6386 Transaction Log) | FI-PAY-LC-01-00003 | FI-PAY-LC-01-00003 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Lowe, Thomas (xx1730 Account Information) | FI-PAY-TL-01-00001 | FI-PAY-TL-01-00001.04 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Lowe, Thomas (xx1730 Activity Log) | FI-PAY-TL-01-00002 | FI-PAY-TL-01-00002 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Lowe, Thomas (xx1730 Transaction Log) | FI-PAY-TL-01-00003 | FI-PAY-TL-01-00003 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Lowe, Thomas (xx5889 Account Information) | FI-PAY-TL-02-00001 | FI-PAY-TL-02-00001.03 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Lowe, Thomas (xx5889 Activity Log) | FI-PAY-TL-02-00002 | FI-PAY-TL-02-00002 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Lowe, Thomas (xx5889 Transaction Log) | FI-PAY-TL-02-00003 | FI-PAY-TL-02-00003 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Mausia, Alfred (xx0493 Account Information) | FI-PAY-AM-01-00001 | FI-PAY-AM-01-00001.03 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Mausia, Alfred (xx0493 Activity Log) | FI-PAY-AM-01-00002 | FI-PAY-AM-01-00002 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Mausia, Alfred (xx0493 Transaction Log) | FI-PAY-AM-01-00003 | FI-PAY-AM-01-00003 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Mausia, Alfred (xx4155 Account Information) | FI-PAY-AM-02-00001 | FI-PAY-AM-02-00001.03 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Mausia, Alfred (xx4155 Activity Log) | FI-PAY-AM-02-00002 | FI-PAY-AM-02-00002 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Mausia, Alfred (xx4155 Transaction Log) | FI-PAY-AM-02-00003 | FI-PAY-AM-02-00003 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Mausia, Alfred (xx4337 Account Information) | FI-PAY-AM-03-00001 | FI-PAY-AM-03-00001.03 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Mausia, Alfred (xx4337 Activity Log) | FI-PAY-AM-03-00002 | FI-PAY-AM-03-00002 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Mausia, Alfred (xx4337 Transaction Log) | FI-PAY-AM-03-00003 | FI-PAY-AM-03-00003 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Mausia, Alfred (xx5730 Account Information) | FI-PAY-AM-04-00001 | FI-PAY-AM-04-00001.03 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Mausia, Alfred (xx5730 Activity Log) | FI-PAY-AM-04-00002 | FI-PAY-AM-04-00002 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Mausia, Alfred (xx5730 Transaction Log) | FI-PAY-AM-04-00003 | FI-PAY-AM-04-00003 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Mausia, Alfred (xx8569 Account Information) | FI-PAY-AM-05-00001 | FI-PAY-AM-05-00001.03 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Mausia, Alfred (xx8569 Activity Log) | FI-PAY-AM-05-00002 | FI-PAY-AM-05-00002 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Mausia, Alfred (xx8569 Transaction Log) | FI-PAY-AM-05-00003 | FI-PAY-AM-05-00003 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Mausia, Alfred (xx9363 Account Information) | FI-PAY-AM-06-00001 | FI-PAY-AM-06-00001.03 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Mausia, Alfred (xx9363 Activity Log) | FI-PAY-AM-06-00002 | FI-PAY-AM-06-00002 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Mausia, Alfred (xx9363 Transaction Log) | FI-PAY-AM-06-00003 | FI-PAY-AM-06-00003 | FI-PAY-01-00001 | Subpoena | 3 |

US v. Vainiaku Magic Naa

| CATEGORY | FOLDER NAME | DESCRIPTION | BATES BEGIN | BATES END | RELATED CERT | SOURCE | NOC |
|---|---|---|---|---|---|---|---|
| | Paypal | Mausia, Devin (xx6212 Account Information) | FI-PAY-DM-01-00001 | FI-PAY-DM-01-00001.03 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Mausia, Devin (xx6212 Activity Log) | FI-PAY-DM-01-00002 | FI-PAY-DM-01-00002 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Mausia, Devin (xx6212 Transaction Log) | FI-PAY-DM-01-00003 | FI-PAY-DM-01-00003 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Mausia, Falakiko (xx1146 Account Information) | FI-PAY-FM-01-00001 | FI-PAY-FM-01-00001.03 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Mausia, Falakiko (xx1146 Activity Log) | FI-PAY-FM-01-00002 | FI-PAY-FM-01-00002 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Mausia, Falakiko (xx1146 Transaction Log) | FI-PAY-FM-01-00003 | FI-PAY-FM-01-00003 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Mausia, Keaks (xx5215 Account Information) | FI-PAY-KM-01-00001 | FI-PAY-KM-01-00001.03 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Mausia, Keaks (xx5215 Activity Log) | FI-PAY-KM-01-00002 | FI-PAY-KM-01-00002 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Mausia, Keaks (xx5215 Transaction Log) | FI-PAY-KM-01-00003 | FI-PAY-KM-01-00003 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Mausia, Okustino (xx9639 Account Information) | FI-PAY-OM-01-00001 | FI-PAY-OM-01-00001.03 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Mausia, Okustino (xx9639 Activity Log) | FI-PAY-OM-01-00002 | FI-PAY-OM-01-00002 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Mausia, Okustino (xx9639 Transaction Log) | FI-PAY-OM-01-00003 | FI-PAY-OM-01-00003 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Ngaue, Elizabeth (xx1266 Account Information) | FI-PAY-EN-01-00001 | FI-PAY-EN-01-00001.03 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Ngaue, Elizabeth (xx1266 Activity Log) | FI-PAY-EN-01-00002 | FI-PAY-EN-01-00002 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Ngaue, Elizabeth (xx1266 Transaction Log) | FI-PAY-EN-01-00003 | FI-PAY-EN-01-00003 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Ngaue, Elizabeth (xx2168 Account Information) | FI-PAY-EN-02-00001 | FI-PAY-EN-02-00001.04 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Ngaue, Elizabeth (xx2168 Activity Log) | FI-PAY-EN-02-00002 | FI-PAY-EN-02-00002 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Ngaue, Elizabeth (xx2168 Transaction Log) | FI-PAY-EN-02-00003 | FI-PAY-EN-02-00003 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Veloza, Devin Tevita (xx3012 Account Information) | FI-PAY-DV-01-00001 | FI-PAY-DV-01-00001.03 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Veloza, Devin Tevita (xx3012 Activity Log) | FI-PAY-DV-01-00002 | FI-PAY-DV-01-00002 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Veloza, Devin Tevita (xx3012 Transaction Log) | FI-PAY-DV-01-00003 | FI-PAY-DV-01-00003 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Veloza, Devin Tevita (xx3354 Account Information) | FI-PAY-DV-02-00001 | FI-PAY-DV-02-00001.03 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Veloza, Devin Tevita (xx3354 Activity Log) | FI-PAY-DV-02-00002 | FI-PAY-DV-02-00002 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Veloza, Devin Tevita (xx3354 Transaction Log) | FI-PAY-DV-02-00003 | FI-PAY-DV-02-00003 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Veloza, Devin Tevita d\b\a Moving Truck Company (xx4180 Account Information) | FI-PAY-DV-03-00001 | FI-PAY-DV-03-00001.03 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Veloza, Devin Tevita d\b\a Moving Truck Company (xx4180 Activity Log) | FI-PAY-DV-03-00002 | FI-PAY-DV-03-00002 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Veloza, Devin Tevita d\b\a Moving Truck Company (xx4180 Transaction Log) | FI-PAY-DV-03-00003 | FI-PAY-DV-03-00003 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Velozamausia, Devin (xx1051 Account Information) | FI-PAY-DVM-01-00001 | FI-PAY-DVM-01-00001.03 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Velozamausia, Devin (xx1051 Activity Log) | FI-PAY-DVM-01-00002 | FI-PAY-DVM-01-00002 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Velozamausia, Devin (xx1051 Transaction Log) | FI-PAY-DVM-01-00003 | FI-PAY-DVM-01-00003 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Velozamausia, Devin (xx2105 Account Information) | FI-PAY-DVM-02-00001 | FI-PAY-DVM-02-00001.03 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Velozamausia, Devin (xx2105 Activity Log) | FI-PAY-DVM-02-00002 | FI-PAY-DVM-02-00002 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | Velozamausia, Devin (xx2105 Transaction Log) | FI-PAY-DVM-02-00003 | FI-PAY-DVM-02-00003 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | YWY Trading Inc; Sim, Serene (xx0679 Account Information) | FI-PAY-YWYT-01-00001 | FI-PAY-YWYT-01-00001.03 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | YWY Trading Inc; Sim, Serene (xx0679 Activity Log) | FI-PAY-YWYT-01-00002 | FI-PAY-YWYT-01-00002 | FI-PAY-01-00001 | Subpoena | 3 |
| | Paypal | YWY Trading Inc; Sim, Serene (xx0679 Transaction Log) | FI-PAY-YWYT-01-00003 | FI-PAY-YWYT-01-00003 | FI-PAY-01-00001 | Subpoena | 3 |
| | San Francisco FCU | Certificate of Authenticity | FI-SFCU-01-00001 | FI-SFCU-01-00001 | FI-SFCU-01-00001 | Subpoena | 3 |
| | San Francisco FCU | Mausia, Alfred K (xx7520 Signature Card) | FI-SFCU-SC-AM-01-00001 | FI-SFCU-SC-AM-01-00001.02 | FI-SFCU-01-00001 | Subpoena | 3 |
| | San Francisco FCU | Mausia, Alfred K (xx7520 Line of Credit Agreement) | FI-SFCU-AM-01-00001 | FI-SFCU-AM-01-00001.08 | FI-SFCU-01-00001 | Subpoena | 3 |
| | San Francisco FCU | Mausia, Alfred K (xx7520 CC Application) | FI-SFCU-AM-01-00002 | FI-SFCU-AM-01-00002.06 | FI-SFCU-01-00001 | Subpoena | 3 |
| | San Francisco FCU | Mausia, Alfred K (xx7520 Statements 2020-2022) | FI-SFCU-AM-01-00003 | FI-SFCU-AM-01-00003.116 | FI-SFCU-01-00001 | Subpoena | 3 |
| | San Francisco FCU | Mausia, Alfred K (xx7520 CC Statements 2020-2022) | FI-SFCU-AM-01-00004 | FI-SFCU-AM-01-00004.84 | FI-SFCU-01-00001 | Subpoena | 3 |
| | San Francisco FCU | Mausia, Alfred K (xx7520 Depsoits to Checking and Line of Credit) | FI-SFCU-AM-01-00005 | FI-SFCU-AM-01-00006.04 | FI-SFCU-01-00001 | Subpoena | 3 |
| | Wells Fargo Bank | Lavulavu, Maheikau (xx8086 Statements) | FI-WFB-ML-03-00001 | FI-WFB-ML-03-00001.119 | FI-WFB-01-00001 | Subpoena | 3 |
| | Wells Fargo Bank | Lavulavu, Maheikau (xx8086 Deposits) | FI-WFB-ML-03-00002 | FI-WFB-ML-03-00002.54 | FI-WFB-01-00001 | Subpoena | 3 |
| | Wells Fargo Bank | Lavulavu, Maheikau (xx8086 Currency Transaction Report) | FI-WFB-ML-03-00003 | FI-WFB-ML-03-00003.02 | FI-WFB-01-00001 | Subpoena | 3 |
| | Wells Fargo Bank | Certificate of Authenticity | FI-WFB-02-00001 | FI-WFB-02-00001.02 | FI-WFB-02-00001 | Subpoena | 3 |
| | Wells Fargo Bank | Transaction Data (all below accounts) | FI-WFB-02-00002 | FI-WFB-02-00002 | FI-WFB-02-00001 | Subpoena | 3 |
| | Wells Fargo Bank | Mausia, Okustino J and Lupe G Veloza (xx4312 Signature Card) | FI-WFB-OMLV-01-00001 | FI-WFB-OMLV-01-00001.182 | FI-WFB-02-00001 | Subpoena | 3 |
| | Wells Fargo Bank | Mausia, Okustino J and Lupe G Veloza (xx4312 Statements) | FI-WFB-OMLV-01-00002 | FI-WFB-OMLV-01-00002.263 | FI-WFB-02-00001 | Subpoena | 3 |
| | Wells Fargo Bank | Mausia, Okustino J and Lupe G Veloza (xx4312 Deposits) | FI-WFB-OMLV-02-00001 | FI-WFB-OMLV-02-00001.90 | FI-WFB-02-00001 | Subpoena | 3 |
| Background | Background | Devin Veloza-Mausia's Driver's License Detail | BG-DVM-01-00001 | BG-DVM-01-00001 | N/A | Agent | 3 |
| | Background | Devin Veloza-Mausia's Driver's Criminal History Report | BG-DVM-01-00002 | BG-DVM-01-00002 | N/A | Agent | 3 |
| | Background | Devin Veloza-Mausia's Driver's Triple III Report | BG-DVM-01-00003 | BG-DVM-01-00003.05 | N/A | Agent | 3 |
| | Background | Falakiko Mausia Driver's License Detail | BG-FM-01-00001 | BG-FM-01-00001 | N/A | Agent | 3 |
| | Background | Falakiko Mausia's Triple III Report | BG-FM-01-00002 | BG-FM-01-00002.05 | N/A | Agent | 3 |
| | Background | Okustino John Mausia's Driver's License Detail | BG-OM-01-00002 | BG-OM-01-00002 | N/A | Agent | 3 |
| | Background | Okustino John Mausia's Triple III Report | BG-OM-01-00003 | BG-OM-01-00003.02 | N/A | Agent | 3 |

| CATEGORY | FOLDER NAME | DESCRIPTION | BATES BEGIN | BATES END | RELATED CERT | SOURCE | NOC |
|---|---|---|---|---|---|---|---|
| | | US v. Vainiaku Magic Naa | | | | | |
| | Background | Mr. Naa's Driver's License Details | BG-VN-01-00001 | BG-VN-01-00001.02 | N/A | Agent | 3 |
| | Background | Wage Details for Mr. Naa | BG-VN-01-00002 | BG-VN-01-00002 | N/A | Agent | 3 |
| | Background | Vehicle Information for Mr. Naa | BG-VN-01-00003 | BG-VN-01-00004.02 | N/A | Agent | 3 |
| Investigative | ATF | Report of Investigation dated 04/12/2022 regarding firearms purchased by Naa in 2021 | INV-ATF-01-00076 | INV-ATF-01-00076 | N/A | Agent | 3 |
| | ATF | Report of Investigation dated 05/10/2022 regarding contact interviews from a Search Warrant conducted i | INV-ATF-01-00077 | INV-ATF-01-00077.02 | N/A | Agent | 3 |
| | ATF | Report of Investigation dated 05/06/2022 regarding explosives detection canine deployment during exeuct | INV-ATF-01-00078 | INV-ATF-01-00078 | N/A | Agent | 3 |
| | ATF | Report of Investigation dated 05/09/2022 regarding interview of Falakiko Mausia | INV-ATF-01-00079 | INV-ATF-01-00079.02 | N/A | Agent | 3 |
| | ATF | Report of Investigation dated 05/12/2022 regarding surveillance on Mausia's residence and service of Sear | INV-ATF-01-00080 | INV-ATF-01-00080.02 | N/A | Agent | 3 |
| | ATF | Report of Investigation dated 05/13/2022 regarding Search Warrant exeuction on 05/04/2022 in Oakland, ( | INV-ATF-01-00081 | INV-ATF-01-00081.03 | N/A | Agent | 3 |
| | ATF | Report of Investigation dated 05/23/2022 regarding surveillance and arrest of Devin Veloza Mausia | INV-ATF-01-00082 | INV-ATF-01-00082.17 | N/A | Agent | 3 |
| | ATF | Report of Investigation dated 05/22/2022 regarding collection of information from Pen and Ping Warrants | INV-ATF-01-00083 | INV-ATF-01-00083.02 | N/A | Agent | 3 |
| | ATF | eTrace Report for a Glock Pistol possessed by Falakiko Mausia | INV-ATF-01-00084 | INV-ATF-01-00084.04 | N/A | Agent | 3 |
| | ATF | eTrace Report for a North American Arms Revolver possessed by Falakiko Mausia | INV-ATF-01-00085 | INV-ATF-01-00085.04 | N/A | Agent | 3 |

3